UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| MATTHEW SCHRIER, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> U.S. DEPARTMENT OF THE TREASURY, ) <br> ) <br> Defendant. ) <br> ) | Civil Action No. 21-1163 (CJN) |

**JOINT STATUS REPORT**

Plaintiff Matthew Schrier and Defendant United States Department of Treasury, through their undersigned counsel, respectfully provide this joint status court in this case involving two Freedom of Information Act, 5 U.S.C. § 552 ("FOIA"), requests for records created from 2012-2014 and relating to Plaintiff, Qatar Islamic Bank and four other banks, a certain bank account identified by number, a certain fundraising campaign identified by name, and fifty-eight other entities. *See* Complaint ¶¶ 7-8.

Since the previous Joint Status Report was filed in May and as previously reported, Treasury's Office of Foreign Assets Control ("OFAC") has continued processing a subset of the roughly quarter million potentially responsive pages returned from the initial search based on a more specific description of the types of records sought by Plaintiff during this litigation. The processing of this case continues in the form of a responsiveness review and processing of any responsive records. OFAC has not made any releases since April 15, 2022. Since May 10, 2022, OFAC has reviewed additional 38,272 pages of unclassified records without finding any

responsive records. There remain approximately 124,000 more unclassified pages yet to be reviewed.

OFAC has begun the required steps for processing the classified records, which include preparing these records for consultation with other Federal agencies and other component agencies of Treasury. This may cause a delay until consultation responses are received, followed by final OFAC determinations. OFAC will continue these efforts as well as making monthly releases of any records for which final disclosure determinations have been made. Counsel for the parties will continue conferring as the need arises to address issues as efficiently and amicably as possible. The parties agree that there is no need for a briefing schedule at this time or any other proceedings. Absent unexpected developments warranting alerting the Court sooner, the parties respectfully request leave to file their next status report on October 20, 2022.

Respectfully submitted,

| | |
|---|---|
| /s/ *Kevin T. Carroll* | MATTHEW M. GRAVES, DC Bar #481052 |
| KEVIN T. CARROLL | United States Attorney |
| (D.C. Bar No. 4075339) | |
| Hughes Hubbard & Reed LLP | BRIAN P. HUDAK |
| 1775 I Street, N.W. | Chief, Civil Division |
| Washington, D.C., 20006 | |
| Phone: (202) 721-4603 | By:   /s/ *Jane M. Lyons* |
| kevin.carroll@hugheshubbard.com | JANE M. LYONS, DC Bar #451737 |
| | Assistant United States Attorney |
| *Counsel for Plaintiff* | 601 D Street, N.W. – Room 7212 |
| | Washington, D.C. 20530 |
| | (202) 252-2540 |
| | jane.lyons@usdoj.gov |
| | |
| | *Counsel for Defendant* |