UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF COLUMBIA

------------------------------------------------------- x
:
MATTHEW SCHRIER, :
:
*Plaintiff*, :
:
v. :   Civil Action No. 21-1163 (CJN)
:
U.S. DEPARTMENT OF THE TREASURY, :
:
*Defendant*. :
:
------------------------------------------------------- x

## STIPULATION OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), Plaintiff Matthew Schrier and Defendant U.S. Department of the Treasury, hereby stipulate and agree that all claims raised in this Action are hereby dismissed without prejudice to refiling in this Court.  Each party will bear its own fees and costs.

Dated:  October 20, 2022                                                  Respectfully Submitted,

MATTHEW M. GRAVES
United States Attorney

/ s / *Kevin T. Carroll*
Kevin T. Carroll (DC: 1021479)                              BRIAN P. HUDAK
HUGHES HUBBARD & REED LLP                        Chief, Civil Division
1775 I Street, N.W., Suite 600
Washington, DC 20006                                           /s/  Jane M. Lyons
Email: kevin.carroll@hugheshubbard.com          JANE M. LYONS (DC Bar # 451737)
Phone: 202-721-4603                                              Assistant United States Attorney
                                                                                    601 D Street, NW
                                                                                    Washington, DC 20530
*Counsel for Plaintiff*                                               (202) 252-2540
                                                                                    Email: jane.lyons@usdoj.gov

                                                                                    *Counsel for Defendant*

## **APPENDIX**

Pursuant to Local Rule 7(k) of the District Court for the District of Columbia, the following attorneys are entitled to notice of entry of the above-referenced stipulation of dismissal:

Kevin T. Carroll (DC: 1021479)
HUGHES HUBBARD & REED LLP
1775 I Street, N.W., Suite 600
Washington, DC 20006
Email: kevin.carroll@hugheshubbard.com
Phone: 202-721-4603

*Counsel for Plaintiff*

Jane M. Lyons
U.S. ATTORNEY'S OFFICE for D.C.
Civil Division
601 D Street, NW
Washington, DC 20530
(202) 252-2540
Fax: (202) 252-2599
Email: jane.lyons@usdoj.gov

*Counsel for Defendant*

**Certificate of Service**

    I hereby certify that on this 20th day of October 2022, a copy of the foregoing was filed electronically using the Court's CM/ECF system. Notice of this filing will be sent by operation of the Court's electronic filing system to all counsel of record.

*[signature]*
Kevin T. Carroll (DC: 1021479)